**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NORMA GONZALEZ, AND ROBERT GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC., et al.,<br><br>Defendants. | Civil Action No.<br>2:26-cv-6864-KSH-JBC<br><br>**NOTICE OF MOOTION TO DISMISS ON BEHALF OF DEFENDANT UNIVERSITY HOSPITAL** |

**TO**:   **CLERK AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that August 3, 2026, or as soon thereafter as counsel may be heard, counsel for Defendant, University Hospital, shall move before the United States District Court for the District of New Jersey at Martin Luther King Building & U.S. Courthouse 50 Walnut Street, Newark, NJ 07102, for an Order dismissing Counts One, Two, Four and Five of the Complaint against Defendant University Hospital, with prejudice.

Defendant shall rely upon the enclosed brief and the enclosed certification of counsel appending supporting exhibits. A proposed form of order and Certificate of Service are also enclosed.

Oral Argument is requested if opposition is filed.

Respectfully submitted,

*/s/ Robert E. Blanton, Jr.*
Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA McKEON &
POLETTO, PA**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant, University Hospital*

Dated: June 29, 2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NORMA GONZALEZ, AND ROBERT GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC., et al.,<br><br>Defendants. | Civil Action No.<br>2:26-cv-6864-KSH-JBC<br><br>Civil Action<br><br>**CERTIFIED STATEMENT** |

Robert E. Blanton, Jr., hereby certifies that:

1.     I am an attorney at law of the State of New Jersey and have been entrusted with the handling of the defense of the within matter on behalf of Defendant, University Hospital ("UH").

2.     This Certified Statement is made in support of UH's motion to dismiss Counts One, Two, Four and Five of the Complaint.

3.     A true copy of the e-filed Complaint is appended hereto as Exhibit "A".

4.     A true copy of the Declaration of Benjamin A. Hooper, Esq., Associate General Counsel for UH, is appended hereto as Exhibit "B".

5.     A true copy of co-Defendant New Jersey Department of Human Services' Notice of Removal is appended hereto as Exhibit "C".

6.    A true copy of the Order granting UH a 14-day extension to respond to the Complaint is appended hereto as Exhibit "D".

7.    A true copy of the summary report for the Superior Court docket is appended hereto as Exhibit "E".

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

*/s/ Robert E. Blanton, Jr.*
Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA MᴄKEON &
POLETTO, PA**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant, University
Hospital*

Dated: June 29, 2026

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA GONZALEZ, AND ROBERT GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC., et al.,<br><br>Defendants. | Civil Action No.<br>2:26-cv-6864-KSH-JBC<br><br>Civil Action<br><br>**CERTIFICATION OF SERVICE** |

I, Robert E. Blanton, Jr., Esq., certify that I have served a copy of the foregoing motion papers on all counsel of record via ECF.

I further certify that a two (2) courtesy copies of the Notice of Motion and all supporting papers shall be sent via regular mail to the Hon. Katharine S. Hayden, U.S.D.J.

*/s/ Robert E. Blanton, Jr.*

Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA McKEON &
POLETTO, PA**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant, University Hospital*

Dated: June 29, 2026