## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NORMA GONZALEZ, AND ROBERT GONZALEZ, | Civil Action No. 2:26-cv-6864-KSH-JBC |
| Plaintiff, | Civil Action |
| vs. | **ORDER** |
| FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC., et al., | |
| Defendants. | |

This matter having been opened to the Court upon the application of Hardin, Kundla, McKeon & Poletto, PA, attorneys for Defendant, University Hospital, for an Order dismissing Counts One, Two, Four and Five of the Complaint, with prejudice, and the Court having considered the moving papers and for good cause shown;

**IT IS** on this        day of            , 2026,

**ORDERED** that Defendant, University Hospital's motion to dismiss Plaintiffs' state law claims for failure to comply with the New Jersey Tort Claims Act is hereby **GRANTED;** and it is further

**ORDERED** that Couns One, Two, Four and Five of the Complaint are hereby

dismissed, with prejudice, as to Defendant, University Hospital

_____

Hon. Katharine S. Hayden, U.S.D.J.