# EXHIBIT A

Roman V. Gambourg, Esq. (003002002)
GAMBOURG & READ, P.C.
One Bridge Plaza North, Suite 675
Fort Lee, NJ 07024
Phone: (201) 242-0220
Fax: (212) 937-2117
E-mail: rg@glegalgroup.com
Attorneys for the Plaintiffs
Norma Gonzalez and Robert Gonzalez

| | |
|---|---|
| NORMA GONZALEZ and ROBERT GONZALEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC.; EDUARDA OLIVA; STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES; UNIVERSITY HOSPITAL and DOES 1-10, hereto being fictitious names for natural persons; and XYZ COMPANIES 1-10, hereto being fictitious names for entities, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ESSEX COUNTY <br><br> DOCKET NO. <br><br> CIVIL ACTION <br><br> **COMPLAINT** |

Plaintiffs, NORMA GONZALEZ and ROBERT GONZALEZ, at 449 4th Avenue West, City of Newark, State of New Jersey 07107, by way of Complaint against Defendants, state as follows:

## NOTICE OF TORT CLAIM COMPLIANCE

1.      Plaintiffs have complied with the notice provisions of the New Jersey Tort Claims Act, N.J.S.A. 59:8-1 et seq., by filing a Notice of Tort Claim on or about October 25, 2024.

2.      To the extent any Defendant is deemed a public entity or employee not properly noticed, Plaintiffs reserve the right to assert substantial compliance and/or seek leave to file a late notice pursuant to N.J.S.A. 59:8-9.

**PARTIES**

3.      Plaintiff NORMA GONZALEZ is an 82-year-old woman resident of Newark, New Jersey.

4.      Plaintiff ROBERT GONZALEZ is her adult son and resides with her.

5.      Defendant FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC. ("Focus") is a New Jersey entity providing Adult Protective Services.

6.      Upon information and belief, FOCUS acted as an agent, contractor, and/or instrumentality of the STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES ("DHS").

7.      Alternatively, FOCUS acted as an independent entity subject to liability under New Jersey law.

8.      Defendant EDUARDA OLIVA ("Oliva") was at all relevant times an employee and/or agent of FOCUS.

9.      Defendant DHS oversees Adult Protective Services programs.

10.     Defendant UNIVERSITY HOSPITAL is a healthcare facility located in Newark, New Jersey.

11.     Defendants JOHN DOES 1–10 (said names being fictitious) represent natural persons who may have participated in, assisted with, or are otherwise responsible for the acts and omissions alleged herein. Defendants XYZ COMPANIES 1–10 (said names being fictitious) represent entities, partnerships, corporations, and/or

other business organizations who may have participated in, assisted with, or are otherwise responsible for the acts and omissions alleged herein.

12.   The true names and identities of said Defendants are presently unknown to Plaintiffs. Plaintiffs reserve the right to amend this Complaint to substitute the true names of these Defendants upon discovery of their identities.

**FACTUAL ALLEGATIONS**

13.   On August 5, 2024, Plaintiff NORMA GONZALEZ was at home during ongoing renovations.

14.   Plaintiff ROBERT GONZALEZ observed his mother appearing pale and called for EMT assistance as a precaution.

15.   Police officers and Defendant OLIVA arrived at the residence.

16.   Defendant OLIVA failed to conduct a reasonable or adequate investigation of the circumstances.

17.   Without consent, warrant, or exigent circumstances, Defendant OLIVA asserted control and directed that Mrs. GONZALEZ be transported for medical evaluation.

18.   Mrs. GONZALEZ was transported to UNIVERSITY HOSPITAL against her will.

19.   At UNIVERSITY HOSPITAL, she was detained for approximately one week.

20.   During that time, she was subjected to invasive medical procedures, including IV insertions and catheterization, without informed consent.

21.   Plaintiffs were not provided with a diagnosis, justification for continued confinement, or discharge plan.

22. Defendant OLIVA later returned to the residence and made statements indicating escalation to a "legal team," causing further distress.

23. As a direct result, Plaintiffs suffered significant emotional, psychological, and physical harm.

## COUNT ONE - FALSE IMPRISONMENT

24. Plaintiffs repeat the foregoing allegations.

25. Defendants caused Plaintiff NORMA GONZALEZ to be confined without consent and without lawful justification.

26. The confinement included involuntary transport and prolonged hospital detention.

27. Such conduct constitutes false imprisonment under New Jersey law.

## COUNT TWO - NEGLIGENCE

28. Plaintiffs repeat the foregoing allegations.

29. Defendants owed a duty to act reasonably.

30. Defendants breached that duty by failing to conduct an adequate investigation and by initiating unnecessary confinement.

31. As a proximate result, Plaintiffs suffered damages.

## COUNT THREE - CIVIL RIGHTS VIOLATIONS (42 U.S.C. §1983)

32. Plaintiffs repeat the foregoing allegations.

33. Defendants, acting under color of state law, deprived Plaintiffs of rights secured by the Fourth and Fourteenth Amendments.

34. Plaintiff NORMA GONZALEZ was subjected to an unreasonable seizure and deprivation of liberty.

35. The conduct was undertaken without legal justification, warrant, or exigent circumstances.

36.     As a result, Plaintiffs suffered damages.

### COUNT FOUR - INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

37.     Plaintiffs repeat the foregoing allegations.

38.     Defendants' conduct was extreme and outrageous.

39.     Defendants acted intentionally or recklessly.

40.     Plaintiffs suffered severe emotional distress.

### COUNT FIVE - MEDICAL BATTERY / LACK OF INFORMED CONSENT (AS TO UNIVERSITY HOSPITAL AND JOHN DOES)

41.     Plaintiffs repeat the foregoing allegations.

42.     Defendant UNIVERSITY HOSPITAL, through its agents, performed medical procedures without informed consent.

43.     Such conduct constitutes medical battery under New Jersey law.

44.     Plaintiffs suffered damages as a result.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against the Defendants for:

A.     Compensatory damages;

B.     Punitive damages;

C.     Attorney's fees and costs;

D.     Such other relief as the Court deems just and proper.

Date: May 5, 2026                    GAMBOURG & READ, P.C.

                                     By: /s/ Roman V. Gambourg

                                     _____
                                     ROMAN V. GAMBOURG, ESQ.
                                     Attorneys for the Plaintiffs

### DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury in this action of all issues so triable.

## CERTIFICATION PURSUANT TO R. 4:5-1(b)(2)

I hereby certify that to the best of my information, knowledge and belief that the matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding, that no other action or arbitration proceeding is contemplated, and I am not aware of any other person who should be joined in this matter.

## TRIAL COUNSEL DESIGNATION PURSUANT TO R. 5:4-2(C)

Roman V. Gambourg, Esq.. is hereby designated trial counsel in this matter.

Date: May 5, 2026

GAMBOURG & READ, P.C.

By: /s/ Roman V. Gambourg

_____
ROMAN V. GAMBOURG, ESQ.
Attorneys for the Plaintiffs
Robert Gonzalez and Norma Gonzalez

## CERTIFICATION OF VERIFICATION AND NON-COLLUSION
## PURSUANT TO R. 5:4-2(C)

I, **NORMA GONZALEZ,** an individual being of full age, hereby certify that I am a Plaintiff in the foregoing Complaint. The allegations in the Complaint are true to the best of my knowledge, information and belief, and the said Complaint is made in truth and good faith and without collusion for the causes set forth therein. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 5/4/26.

_____
Norma Gonzalez

## CERTIFICATION OF VERIFICATION AND NON-COLLUSION
## PURSUANT TO R. 5:4-2(C)

I, **ROBERT GONZALEZ,** an individual being of full age, hereby certify that I am

a Plaintiff in the foregoing Complaint.  The allegations in the Complaint are true to the

best of my knowledge, information and belief, and the said Complaint is made in truth

and good faith and without collusion for the causes set forth therein.  I am aware that

if any of the foregoing statements made by me are willfully false, I am subject to

punishment.

Dated: _____

_____
Robert Gonzalez



New Jersey Judiciary - Civil Practice Division
# Civil Case Information Statement (Civil CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the
black bar is not completed, or attorney's signature is not affixed.

## For Use by Clerk's Office Only

| Payment type ☐ check ☐ charge ☐ cash | Charge/Check Number | Amount $ | Overpayment $ | Batch Number |
|---|---|---|---|---|

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| Roman V. Gambourg, Esq. | (201) 242-0220   ext. | Essex |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| GAMBOURG & READ, P.C. | |

| Office Address - Street | City | State | Zip |
|---|---|---|---|
| One Bridge Plaza North, Suite 675 | Fort Lee | NJ | 07024 |

| Document Type | Jury Demand |
|---|---|
| COMPLAINT | ■ Yes   ☐ No |

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| Norma Gonzalez and Robert Gonzalez | Gonzalez v. Focus Hispanic Center, et. al. |

Case Type Number (See page 3 for listing)   __605__

| | |
|---|---|
| Are sexual abuse claims alleged? | ☐ Yes   ■ No |
| Does this case involve claims related to COVID-19? | ☐ Yes   ■ No |
| Is this a professional malpractice case? | ☐ Yes   ■ No |

If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law
regarding your obligation to file an affidavit of merit.

| Related Cases Pending? | ☐ Yes   ■ No |
|---|---|

If "Yes," list docket numbers

| Do you anticipate adding any parties (arising out of same transaction or occurrence)? | ■ Yes   ☐ No |
|---|---|

| Name of defendant's primary insurance company (if known) | ☐ None   ☐ Unknown |
|---|---|

YES (anticipated): TCA (public entity); hospital malpractice; nonprofit liability insurance.

## The Information Provided on This Form Cannot be Introduced into Evidence.

| Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation |
|---|

Do parties have a current, past or recurrent relationship?   ■ Yes   ☐ No

If "Yes," is that relationship:

☐ Employer/Employee   ☐ Friend/Neighbor   ☐ Familial   ☐ Business

■ Other (explain) Yes – incident-based APS contact with follow-up; no ongoing

---

Does the statute governing this case provide for payment of fees by the losing party?   ☐ Yes   ■ No

---

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition.

Multi-defendant civil rights case involving alleged unlawful seizure and involuntary hospitalization of an elderly plaintiff; anticipated extensive discovery (APS, law enforcement, and hospital records) and potential TCA notice issues.

---

Do you or your client need any disability accommodations?   ☐ Yes   ■ No
    If yes, please identify the requested accommodation:

Will an interpreter be needed?   ☐ Yes   ■ No
    If yes, for what language?

---

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).**

Attorney/Self-Represented Litigant Signature: _____

# Civil Case Information Statement (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

## CASE TYPES

(Choose one and enter number of case type in appropriate space on page 1.)

### Track I - 150 days discovery

| | |
|---|---|
| 151 | Name Change |
| 175 | Forfeiture |
| 302 | Tenancy |
| 399 | Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | Book Account (debt collection matters only) |
| 505 | Other Insurance Claim (including declaratory judgment actions) |
| 506 | PIP Coverage |
| 510 | UM or UIM Claim (coverage issues only) |
| 511 | Action on Negotiable Instrument |
| 512 | Lemon Law |
| 801 | Summary Action |
| 802 | Open Public Records Act (summary action) |
| 804 | Election Law |
| 805 | Civil Commitment Expungement |
| 999 | Other (briefly describe nature of action) |

### Track II - 300 days discovery

| | |
|---|---|
| 305 | Construction |
| 509 | Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) |
| 599 | Contract/Commercial Transaction |
| 603N | Auto Negligence – Personal Injury (non-verbal threshold) |
| 603Y | Auto Negligence – Personal Injury (verbal threshold) |
| 605 | Personal Injury |
| 610 | Auto Negligence – Property Damage |
| 621 | UM or UIM Claim (includes bodily injury) |
| 699 | Tort – Other |

### Track III - 450 days discovery

| | |
|---|---|
| 005 | Civil Rights |
| 301 | Condemnation |
| 602 | Assault and Battery |
| 604 | Medical Malpractice |
| 606 | Product Liability |
| 607 | Professional Malpractice |
| 608 | Toxic Tort |
| 609 | Defamation |
| 616 | Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 617 | Inverse Condemnation |
| 618 | Law Against Discrimination (LAD) Cases |

## Track IV - Active Case Management by Individual Judge / 450 days discovery

| | |
|---|---|
| 156 | Environmental/Environmental Coverage Litigation |
| 303 | Mt. Laurel |
| 508 | Complex Commercial |
| 513 | Complex Construction |
| 514 | Insurance Fraud |
| 620 | False Claims Act |
| 701 | Actions in Lieu of Prerogative Writs |
| 816 | Affordable Housing |

## Multicounty Litigation (Track IV)

| | |
|---|---|
| 282 | Fosamax |
| 291 | Pelvic Mesh/Gynecare |
| 292 | Pelvic Mesh/Bard |
| 293 | DePuy ASR Hip Implant Litigation |
| 296 | Stryker Rejuvenate/ABG II Modular Hip Stem Components |
| 300 | Talc-Based Body Powders |
| 601 | Asbestos |
| 624 | Stryker LFIT CoCr V40 Femoral Heads |
| 626 | Abilify |
| 627 | Physiomesh Flexible Composite Mesh |
| 628 | Taxotere/Docetaxel |
| 629 | Zostavax |
| 630 | Proceed Mesh/Patch |
| 631 | Proton-Pump Inhibitors |
| 633 | Prolene Hernia System Mesh |
| 634 | Allergan Biocell Textured Breast Implants |
| 635 | Tasigna |
| 636 | Strattice Hernia Mesh |
| 637 | Singulair |
| 638 | Elmiron |
| 639 | Pinnacle Metal-on-Metal (MoM) Hip Implants |
| 640 | Bard Implanted Port Catheter Products |
| 641 | Sexual Abuse in Juvenile Detention Facilities Operated by the State of New Jersey |
| 642 | Roundup Products |
| 643 | GLP-1 Medications - Gastrointestinal Injuries |
| 644 | GLP-1 Medications - NAION Vision Loss |

If you believe this case requires a track other than that provided above, please indicate the reason on page 1, in the space under "Case Characteristics".

**Select each applicable category:**

☐ Putative Class Action          ☐ Title 59          ☐ Consumer Fraud

☐ Medical Debt Claim

# Civil Case Information Statement

## Case Details: ESSEX | Civil Part Docket# L-003747-26

**Case Caption:** GONZALEZ NORMA  VS FOCUS HISPANIC CENTE R FOR COM

**Case Initiation Date:** 05/06/2026

**Attorney Name:** ROMAN V GAMBOURG 2ND

**Firm Name:** GAMBOURG & READ, P.C.

**Address:** 1 BRIDGE PLAZA NORTH, SUITE 675 FORT LEE NJ 07024

**Phone:** 2012420220

**Name of Party:** PLAINTIFF : Norma Gonzalez

**Name of Defendant's Primary Insurance Company**

(if known): Unknown

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** YES

**Does this case involve claims related to COVID-19? NO**

**Are sexual abuse claims alleged by: Norma Gonzalez? NO**

**Are sexual abuse claims alleged by: Robert Gonzalez? NO**

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
#### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Other(explain)   Limited

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**
Unlawful seizure and involuntary hospitalization of elderly plaintiff with civil rights issues and APS police and hospital discovery

**Do you or your client need any disability accommodations?** NO
        **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
        **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/06/2026                                                    /s/ ROMAN V GAMBOURG 2ND
Dated                                                                            Signed

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA GONZALEZ, and ROBERT GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC., et al.,<br><br>Defendants. | Civil Action No.<br>2:26-cv-6864-KSH-JBC<br><br>**DECLARATION OF BENJAMIN A. HOOPER, ESQ.** |

I, BENJAMIN A. HOOPER, ESQ., hereby certify and declare that:

1.    I am employed as Associate General Counsel for University Hospital at all times relevant to this matter, so I have personal knowledge of the facts set forth in this certification.

2.    This Certification is made in support of Defendant University Hospital's (UH) motion to dismiss the state law claims in the Complaint (Counts 1, 2, 4, and 5) for Plaintiff's failure to comply with the New Jersey Tort Claims Act.

3.    UH is a body corporate and politic and instrumentality of the State of New Jersey as established by *N.J.S.A.* § 18A:64M-2.

4.    UH's Office of the General Counsel maintains copies of all Notices of Claim received by the hospital pursuant to the Tort Claims Act.

5.    The Office of the General Counsel also maintains copies of all summons and complaints served upon the hospital.

6.   I reviewed the Complaint filed by Plaintiffs in this matter and see that Plaintiffs allege they filed a Notice of Tort Claim on or about October 25, 2024.

7.   I have conducted a good faith search of the files maintained by the Office of the General Counsel and have not identified any Notice of Claim served on UH by Plaintiffs Norma and Robert Gonzalez.

8.   From my review, University Hospital's first notice that Norma Gonzalez and Robert Gonzalez were asserting a claim against the hospital was when UH was served a copy of the Summons and Complaint on May 11, 2026.

9.   I hereby declare and certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Benjamin A. Hooper, Esq.
Associate General Counsel
University Hospital

Dated: June 24, 2026

# EXHIBIT C

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for Defendant
New Jersey Department of Human Services

By:  Angelo Cifelli
     Deputy Attorney General
     NJ Bar No. 482552025
     (609) 376-2440
     Angelo.Cifelli@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |
|---|---|
| NORMA GONZALEZ and ROBERT GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC.; EDUARDA OLIVA; STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES; UNIVERSITY HOSPITAL and DOES 1-10, hereto being fictitious names for natural persons; and XYZ COMPANIES 1-10, hereto being fictitious names for entities, <br><br> Defendants. | Docket No._____ <br><br> Civil Action <br><br> **NOTICE OF REMOVAL** |

Defendant, New Jersey Department of Human Services, by and through its undersigned counsel, Jennifer Davenport, Attorney General of New Jersey (Deputy Attorney General Angelo Cifelli,

appearing), hereby files this Notice of Removal, and, in support thereof, states:

1.    Defendant has been named in an action now pending in the Superior Court of New Jersey, Law Division, Civil Part, Essex County, bearing Docket No. ESX-L-3747-26, captioned <u>Norma Gonzalez v. FOCUS Hispanic Center for Community Development, Inc., et al.</u>

2.    The above-referenced action was commenced by the filing of a Complaint on or about May 6, 2026.

3.    Plaintiffs' Complaint alleges claims under the Federal Civil Rights Act, 42 U.S.C. § 1983, for alleged deprivation of rights secured by the Fourth and Fourteenth Amendments, including unreasonable seizure and deprivation of liberty.  A true and correct copy of the Complaint, along with the rest of the state court docket, is attached hereto as Exhibit A.

4.    On May 11, 2026, Defendant was served electronically with a copy of the Complaint.

5.    To our knowledge, no other defendants have been served.

6.    The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

7.    This action is removable to the District Court pursuant to 28 U.S.C. §§ 1441(a) and 28 U.S.C. §§ 1441(c).

8.    This Notice of Removal is being filed within 30 days of when Defendants became aware that the matter was removable and copies of all process, pleadings, orders on file with the Superior

2

Court of New Jersey, Law Division, Civil Part, Essex County, are attached hereto in accordance with 28 U.S.C. § 1446(a) and L. Civ. R. 5.2.

   **WHEREFORE,** Defendant respectfully requests that the action now pending in the Superior Court of New Jersey, Law Division, Civil Part, Essex County, bearing Docket No. Docket No. ESX-L-3747-26, captioned Norma Gonzalez v. FOCUS Hispanic Center for Community Development, Inc, et al., be removed to this court.

                              JENNIFER DAVENPORT
                              ATTORNEY GENERAL OF NEW JERSEY

                         By:  s/ Angelo Cifelli
                              Angelo Cifelli
                              Deputy Attorney General

Dated: June 10, 2026

# EXHIBIT D

HARDIN, KUNDLA, MCKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

———

www.HKMPP.com

Robert E. Blanton, Jr.

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

June 12, 2026

SO ORDERED

*s/James B. Clark*

James B. Clark, U.S.M.J.

Date: 6/15/2026

**VIA ECF**
Clerk
US District Court, District of New Jersey
M.L.K. Federal Building & U.S. Court House
50 Walnut Street
Newark, New Jersey 07102

Re: Gonzalez vs. University Hospital, et al.
Docket No.: 2:26-cv-6864
Our File No.: 9395.52904

Dear Sir/Madam,:

This office has been assigned to represent Defendant, University Hospital ("UH"), in the above referenced matter. On May 11, 2026, UH was served a copy of the Summons and Complaint, making the deadline to respond to the Amended Complaint June 1, 2026. We write at this time to request a 14-day extension of time to file an Answer pursuant to Local Civ. Rule 6.1. There have been no prior requests for an extension of time to Answer.

We appreciate the Court's time and consideration of this matter.

Respectfully submitted,

*/s/Robert E. Blanton*
Robert E. Blanton, Jr.

REB:pth
cc:    Roman V. Gambourg, Esq. (via ECF)
       Jennifer Davenport, Esq. (via ECF)

# EXHIBIT E

# Civil Part Case Summary

**Case Number:** ESX L-003747-26

**Case Caption:** Gonzalez Norma  Vs Focus Hispanic Cente R For Com

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Essex | **Case Initiation Date:** 05/06/2026 |
| **Case Type:** Personal Injury | **Case Status:** Closed | **Jury Demand:** 6 Jurors |
| **Case Track:** 2 | **Judge:** John F Chiaia | **Team:** 1 |
| **Original DED:** | **Current DED:** | **# of DED Extensions:** 0 |
| **Original Arb Date:** | **Current Arb Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Adjournments:** 0 |
| **Disposition Date:** 06/10/2026 | **Case Disposition:** Transferred To Another Court | **Statewide Lien:** |

## Plaintiffs

### Norma  Gonzalez

| | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** | |
| **Address Line 1:** 449 4Th Avenue West | | |
| **Address Line 2:** | | |
| **City:** Newark | **State:** NJ | **Zip:** 07107 |
| **Attorney Name:** Gambourg Roman V | | **Attorney Bar ID:** 003002002 |
| **Attorney Email:** | | |

### Robert  Gonzalez

| | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** | |
| **Address Line 1:** 449 4Th Avenue West | | |
| **Address Line 2:** | | |
| **City:** Newark | **State:** NJ | **Zip:** 07107 |
| **Attorney Name:** Gambourg Roman V | | **Attorney Bar ID:** 003002002 |
| **Attorney Email:** | | |

## Defendants

### Focus Hispanic Center For Community Development, Inc

| | | |
|---|---|---|
| **Party Description:** Business | **Phone:** | |
| **Address Line 1:** 441 Broad Street | | |
| **Address Line 2:** | | |
| **City:** Newark | **State:** NJ | **Zip:** 07102 |
| **Attorney Name:** | | **Attorney Bar ID:** |
| **Attorney Email:** | | |

### Eduarda  Oliva

| | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** | |
| **Address Line 1:** 441 Broad Street | | |
| **Address Line 2:** | | |
| **City:** Newark | **State:** NJ | **Zip:** 07102 |
| **Attorney Name:** | | **Attorney Bar ID:** |
| **Attorney Email:** | | |

### State Of New Jersey, Department Of Human Services

| | | |
|---|---|---|
| **Party Description:** Business | **Phone:** | |
| **Address Line 1:** 222 South Warren Street, 5Th Floor | | |
| **Address Line 2:** | | |
| **City:** Trenton | **State:** NJ | **Zip:** 08608 |
| **Attorney Name:** Cifelli        Angelo  N | | **Attorney Bar ID:** 482552025 |

**Attorney Email:**

| University Hospital | | |
|---|---|---|

**Party Description:** Business  **Phone:**

**Address Line 1:** 150 Bergen Street

**Address Line 2:** 150 Bergen Street

**City:** Newark  **State:** NJ  **Zip:** 07103

**Attorney Name:**  **Attorney Bar ID:**

**Attorney Email:**

| John Does 1-10 | | |
|---|---|---|

**Party Description:** Fictitious  **Phone:**

**Address Line 1:**

**Address Line 2:**

**City:**  **State:** NJ  **Zip:** 00000

**Attorney Name:**  **Attorney Bar ID:**

**Attorney Email:**

| Xyz Companies 1-10 | | |
|---|---|---|

**Party Description:** Fictitious  **Phone:**

**Address Line 1:**

**Address Line 2:**

**City:**  **State:** NJ  **Zip:** 00000

**Attorney Name:**  **Attorney Bar ID:**

**Attorney Email:**

**ACMS Documents**

| Filed Date | Doc Number | Document Type | Filing Party | Doc Status | CO ID | Type | Date Served | Service Status | Party Served |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/2026 | 001 | COMP JRY DEMAND | GONZALEZ | | | | | | |
| 06/10/2026 | 002 | NOTICE REMOVAL | STATE OF NEW JERSEY, | | | | | | |

**Case Actions**

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 05/06/2026 | Complaint with Jury Demand for ESX-L-003747-26 submitted by GAMBOURG, ROMAN V, GAMBOURG & READ, P.C. on behalf of NORMA GONZALEZ, ROBERT GONZALEZ against FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC, EDUARDA OLIVA, STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES, UNIVERSITY HOSPITAL | LCV20261215652 | 05/06/2026 |
| 05/07/2026 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20261228011 | 05/07/2026 |
| 06/10/2026 | NOTICE OF REMOVAL submitted by CIFELLI, ANGELO, N of ATTORNEY GENERAL LAW on behalf of STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES against NORMA  GONZALEZ, ROBERT GONZALEZ | LCV20261554139 | 06/10/2026 |