JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625
*Attorney for Defendant*
*New Jersey Department of Human Services*

By:    Angelo Cifelli
       Deputy Attorney General
       (609) 376-2440
       Angelo.Cifelli@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |  |
|---|---|---|
| NORMA GONZALEZ & ROBERT GONZALEZ | : : : | Hon. Katharine S. Hayden, U.S.D.J. Hon. James B. Clark, U.S.M.J. |
| Plaintiff, | : : | Docket No. 2:26-cv-06864 |
| v. | : : | Civil Action |
| FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC, et al. | : : : : | **NOTICE OF MOTION TO DISMISS** |
| Defendants. | : : : : : | |

TO:    (Via CM/ECF)
       Clerk of the Court
       Martin Luther King Building
       & U.S. Courthouse
       50 Walnut Street
       Newark, NJ 07102

       Roman V. Gambourg, 2nd, Esq.
       Gambourg Law Group
       1 Bridge Plaza North
       Ste. 675
       Fort Lee, NJ 07024

Attorney for Plaintiffs

Thomas M. Licata, Esq.
Malpero Prisco Klauber & Licata LLP
12 North Route 17, Suite 209
Paramus, NJ 07652
Attorney for Defendants FOCUS Hispanic Center for Community Development, Inc, & Eduarda Oliva

Robert Elmore Blanton, Jr., Esq.
Hardin Kundla Mckeon & Poletto, P.A.
673 Morris Ave
Springfield, NJ 07081
Attorney for Defendant University Hospital

**PLEASE TAKE NOTICE** that, on August 3, 2026, Jennifer Davenport, Attorney General of New Jersey (Angelo Cifelli, Deputy Attorney General, appearing), attorney for the defendant, New Jersey Department of Human Services, shall move before the United States District Court, District of New Jersey, Vicinage of Newark, for an Order dismissing claims under Docket No. 2:26-cv-06864.

**PLEASE TAKE FURTHER NOTICE THAT** the undersigned will rely upon the Brief filed in support of the Motion.

It is respectfully requested that the Court consider this motion upon the moving papers submitted, without requiring the appearance of counsel, pursuant to Fed. R. Civ. P. 78.

Respectfully submitted,
JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Angelo Cifelli
Angelo Cifelli
Deputy Attorney General

DATED: July 1, 2026

2