JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625
*Attorney for Defendant*
*New Jersey Department of Human Services*

By:    Angelo Cifelli
       Deputy Attorney General
       (609) 376-2440
       Angelo.Cifelli@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |
|---|---|
| NORMA GONZALEZ & ROBERT GONZALEZ | : Hon. Katharine S. Hayden, U.S.D.J. |
| | : Hon. James B. Clark, U.S.M.J. |
| | : |
| | : Docket No. 2:26-cv-06864 |
| Plaintiff, | : |
| | : Civil Action |
| v. | : |
| | : **ORDER** |
| FOCUS HISPANIC CENTER FOR COMMUNITY DEVELOPMENT, INC, et al. | : |
| | : |
| Defendants. | : |
| | : |
| | : |
| | : |
| | : |

**THIS MATTER** having come before the Court by way of motion filed by Jennifer Davenport, Attorney General of New Jersey (Angelo Cifelli, Deputy Attorney General, appearing), attorney for Defendant, New Jersey Department of Human Services, for an Order dismissing claims under Docket No. 2:26-cv-06864; and the Court, having considered the papers submitted in support of said motion and in opposition thereto;

**IT IS** on this _____ day of _____, 2026:

**ORDERED** that the Complaint in 2:26-cv-06864 is hereby **DISMISSED**; and

**IT IS FURTHER ORDERED** that this Order shall be deemed served upon its entry in CM/ECF.

_____
Hon. Katharine S. Hayden, U.S.D.J.